## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIK LAWRENCE, RACHEL M. FRANTZ and MARIE MEZILE, individually and on behalf of all others similarly situated, | CASE NO.: 2:21-cv-13676-CCC-MF |
| Plaintiff, | **ORDER CONSOLIDATING CASES** |
| v. | |
| GERBER PRODUCTS COMPANY, | |
| Defendant. | |

Pursuant to the Consolidation Order entered by this Court on May 21, 2021 in *In Re: Gerber Products Company Baby Food Litigation*, Master File No. 2:21-cv-01977-CCC-MF (the "Consolidated Action"), "any other class action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated pursuant to Fed. R. Civ. P. 42(a)." (Consolidated Action Dkt. No. 40).

Plaintiffs filed this action on July 15, 2021. This action arises out of the same or similar operative facts as the Consolidated Action. Upon review of Gerber's letter regarding consolidation,

**IT IS HEREBY ORDERED THAT**:

(1) the above-captioned action is consolidated with the Consolidated Action and is deemed a "Related Action" for purposes of the Consolidation Order (Consolidated Action Dkt. No. 40);

(2) the deadlines and procedures applicable to the consolidated "Related Actions" apply to this action in accordance with the Consolidation Order (Consolidated Action Dkt. No. 40); and

(3) all further papers shall be filed in the Consolidated Action in accordance with the Consolidation Order (Consolidated Action Dkt. No. 40).

Dated:

_____
Magistrate Judge Mark Falk     8/10/21