**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: GERBER PRODUCTS COMPANY BABY FOOD LITIGATION**<br><br>**This Document Relates To:**<br>**ALL ACTIONS** | **Lead Case No. 21-1977 (CCC)**<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the motion of certain Plaintiffs to transfer these consolidated actions to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. §§ 1404(a) and 1406 [Civ. A. No. 21-2516, ECF 8]; and the Court having considered the papers in support of and in opposition to the motion; and for the reasons stated in the Opinion issued on this date; and for good cause shown;

**IT IS on this 13th day of September 2021,**

**ORDERED** that, Plaintiffs' motion is **GRANTED**. These consolidated actions shall be transferred to the United States District Court for the Eastern District of Virginia; and it is further

**ORDERED** that, no action shall be taken with respect to this Order for 14 days. *See* L. Civ. R. 72.1(c)(1)(C).

                                                    **s/Mark Falk**_____
                                                    **MARK FALK**
                                                    **United States Magistrate Judge**